FILED

06/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0626

---

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

JESSICA ELAINE HURT,

     Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 21, 2023, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 15 2023